**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1174**

STEPHANIE ANGELO,

             Plaintiff - Appellant,

      v.

RICHARD THOMAS,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.   (1:07-cv-00261-CMH-BRP)

Submitted:  October 2, 2008          Decided:  October 31, 2008

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. DeVita, Arlington, Virginia, for Appellant.   Jennifer Lee Parrish, PARRISH, HOUCK & SNEAD, PLC, Fredericksburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephanie Angelo appeals the district court's order granting Defendant's motion for judgment as a matter of law on her 42 U.S.C. § 1983 (2000) and state law claims because it found Defendant was entitled to qualified immunity. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Angelo v. Thomas, No. 1:07-cv-00261-CMH-BRP (E.D. Va. filed December 18, 2007; entered Dec. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED